AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>ROSA A. ZINSER<br><br>*Defendant(s)* | Case No.<br><br>4:18-mj- 39-VTW |

**FILED**
2:15 pm, May 11, 2018
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Laura A. Briggs, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2, 2018__ in the county of __Ripley__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Brandishing a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Adam Vail, Speical Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __05/11/2018__

_____
Judge's signature

City and state: __New Albany, IN__

Van T. Willis, U.S. Magistrate Judge
Printed name and title

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Adam M. Vail ["AFFIANT"], being duly sworn according to law, depose and state as follows:

1. I am and have been employed as a Special Agent with the Federal Bureau of Investigation ["FBI"] since October of 2014. I spent 21 weeks training to be a Special Agent (SA) at the FBI Academy in Quantico, Virginia beginning on October 19, 2014. Through the FBI, I have received extensive training related to the investigation of federal crime to include commercial robberies, bank robberies, violent crimes, and firearms investigations. I am currently assigned to the FBI Violent Crimes Task Force ["VCTF"] in the Indianapolis Field Office of the FBI. In this assignment, I investigate all manner of violent crime, to include bank robberies.

2. This affidavit is submitted in support of a criminal Complaint against Rosa Zinser ["Rosa"], date of birth [DOB] 3/5/1960, on the grounds she committed a violation of Title 18, United States Code, Sections 1951(a) (Hobbs Act Robbery) and 924(c) (Brandishing a Firearm During and in Relation To a Crime of Violence).

3. Title 18, United States Code, Section 1951(a) makes it illegal to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempt as defined in Title 18, United States Code, Section 1951.

4. In connection with my official duties, I have obtained the following information through my investigation, from other FBI Agents, FBI Task Force Officers ["TFOs"] assigned to the Indianapolis VCTF; detectives and patrol officers of the Indianapolis Metropolitan Police Department ["IMPD"]; members of the Ripley Count Sheriff's Office (sometimes collectively referred to as "investigators"); and witnesses. I have not included each and every fact that has been revealed through the course of this investigation, but have rather set forth only the facts in support of a finding of probable cause of the aforementioned crimes.

5. In connection with my official duties, I have participated in the investigation of the robbery of the George's Pharmacy Sunman, located at 308 North Meridian Street, Sunman, Indiana.

### George's Pharmacy Sunman
### 308 North Meridian Street, Sunman, Indiana

6. On May 2, 2018, at approximately 11:42 AM, a female entered the George's Pharmacy Sunman, located at 308 North Meridian Street, Sunman, Indiana, proceeded up to the counter and demanded drugs. At the time of the demand, the female held a black revolver.

7. Fearing for their safety, employees provided the robber with the drugs she demanded. The robber then left the pharmacy

8. Immediately after the robbery, a pharmacy employee (hereinafter referred to as "the victim employee"), called 911. The victim employee told the 911 call center that she knew the robber to be Rosa Zinser ["Rosa"]. The victim described Rosa as having short gray hair and wearing glasses and a red shirt.

9. The victim employee stated that after the robbery, Rosa entered a silver or gray Kia and left the area of the robbery.

10. Ripley County Sherriff Deputies as well as Indiana State Troopers traveled to an address where Rosa was believed to reside, 26221 Stock Lane, Sunman, Indiana. Parked in an open garage at the residence was a gray Kia Soul bearing Indiana license plate 669LTU. This vehicle is registered to Martin Zinser ["Martin"] and Rosa Zinser of 26221 Stock Lane, Sunman, Indiana.

11. As investigators approached the residence, they encountered a male and female standing in the garage of the residence. The male was identified as Martin Zinser, DOB 9/11/1949. The female was identified as Rosa Zinser, DOB 3/5/1960. As investigators approached, Martin held a plastic bag in his hand containing numerous pill bottles and Rosa held a black and white purse. The two individuals were detained. Investigators subsequently located a black

revolver in the purse. The revolver was determined to be a Heritage Rough Rider .22 caliber revolver, Serial Number F44064, and loaded with six rounds of ammunition.

### Search of Kia, Indiana License Plate 669LTU

12. Immediately after encountering Rosa and Martin, Rosa stated to investigators that Martin did not know what she had done and was not involved.

13. Investigators then advised Rosa of her *Miranda* rights and she waived her rights and continued to make statements. Rosa also consented to a search of the Kia Soul. Both Rosa and Martin signed a Consent to Search form, and the Kia Soul was searched.

14. In the Kia Soul investigators located numerous loose pills on the floor. All of the pills, pill bottles, and the firearm were photographed and collected as evidence.

### Interview of Rosa Zinser
### May 2, 2018

15. Rosa was transported to the Ripley County Sheriff's Office and interviewed. Investigators verified with Rosa that she had been advised of her Miranda Rights. She stated she had and that she was willing to talk to investigators.

16. Rosa stated that she had gone to two different emergency rooms attempting to obtain medication. When she was unsuccessful, she took Martin's revolver without his knowledge and went to George's Pharmacy located in Sunman, Indiana. Rosa proceeded up to the pharmacy counter and told the pharmacist the drugs she wanted. When the pharmacist told her that her doctor had not called them in, she removed the gun from her purse and pointed it at him. The pharmacist then retrieved the drugs Rosa requested. Rosa then left the pharmacy, entered her vehicle, and drove home.

17. Rosa stated she knew that her husband kept the gun loaded, but she kept her finger off the trigger at all times.

18. Rosa then admitted that she had consumed some of the prescription medication following the robbery, prior to the time investigators encountered her. Rosa was then transported to Margaret Mary Hospital for treatment.

**Interview of Rosa Zinser**
**May 3, 2018**

19. On May 3, 2018, Rosa was discharged from Margaret Mary Hospital and transported to the Ripley County Jail.

20. Rosa was advised of her *Miranda* Rights, and again chose to waive her rights and speak to investigators.

21. Rosa again stated that she had committed the robbery the previous day. Rosa described in additional detail that she took Martin's firearm when she knew he was busy working, drove to George's Pharmacy, and walked in and told them the medication she wanted - Oxycontin, Percocet, and Xanax.

22. The pharmacist tried to look her prescription up in the computer. When the pharmacist stated that her doctor had not called the prescriptions in, Rosa pulled the gun out of her purse and committed the robbery.

23. During the commission of the robbery, Rosa realized there were other employees behind the counter and one of them had called the police.

24. When Rosa arrived home, Martin came outside and asked her where she had gone. She told him she went to George's Pharmacy, and held up the bag of pills she obtained in the robbery. Martin took the bag away from her. As Martin and Rosa stood in the garage, police officers approached Martin and Rosa with their weapons drawn and Rosa was taken into custody.

25. Based on the above information, the Affiant has probable cause to believe that Zinser violated Title 18, United States Code, Sections 1951(a) and 924(c).

FURTHER THE AFFIANT SAITH NOT

*[signature]*

Adam Vail
Special Agent
Federal Bureau of Investigation

Subscribed and sworn by telephone or other reliable electronic means before me this 11th day of May, 2018.

*[signature]*

VAN T. WILLIS
United States Magistrate Judge
Southern District of Indiana